[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-11126
Non-Argument Calendar
_____

D.C. Docket No. 9:06-cr-80038-DTKH-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADRIAN CHAVERS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(March 7, 2017)

Before WILSON, ROSENBAUM, and EDMONDSON, Circuit Judges.

PER CURIAM:

Adrian Chavers appeals the district court's denial of his motion -- based on Amendment 782 to the Sentencing Guidelines -- to reduce his sentence, pursuant to § 3582(c)(2).  The district court correctly concluded that Chavers was ineligible for a sentence reduction.  Amendment 782 did not lower his guidelines range.  Amendment 782 only impacts on the guideline ranges under § 2D1.1(c).  Chavers was sentenced using the guideline provisions in U.S.S.G. § 2D1.1(d), § 2A1.1, and § 5G1.2(a).

AFFIRMED.